**CALLAHAN & BLAINE, APLC**
Edward Susolik (Bar No. 91490)
ES@callahan-law.com
Benjamin Cutchshaw (Bar No. 263483)
bcutchshaw@callahan-law.com
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
Telephone: (714) 241-4444
Facsimile: (714) 241-4445

*Attorneys for Defendants*
CORE NEXUS LLC; ALEXANDER LESIN; and
DANIEL LESIN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAGANI BEVERLY HILLS,<br><br>          Plaintiff,<br><br>     v.<br><br>CORE NEXUS LLC; DANIEL LESIN; ALEXANDER LESIN; and DOES 1–20,<br><br>          Defendants. | Case No. _____<br><br>[Los Angeles County Superior Court Case No. 21STCV00774]<br><br>**NOTICE OF REMOVAL TO FEDERAL COURT** |

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE (714) 241-4444
WWW.CALLAHAN-LAW.COM

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**:

Defendants CORE NEXUS LLC, ALEXANDER LESIN, and DANIEL LESIN ("Defendants") hereby give notice of removal of this action to the United States District Court for the Central District of California pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. In support, Defendants state as follows:

## STATUS OF THE ACTION

1.     On January 8, 2021, Plaintiff PAGANI BEVERLY HILLS ("Plaintiff") commenced a civil action against Defendants in the Superior Court of California for the County of Los Angeles, entitled *Pagani Beverly Hills vs. Core Nexus LLC, et al.*, Case No. 21STCV00774 (the "State Court Action"), by filing a complaint (the "Complaint") alleging seven causes of action including: (1) Fraud, (2) Breach of Contract, (3) Breach of the Covenant of Good Faith and Fair Dealing, (4) False Promise, (5) Misrepresentation, (6) Unjust Enrichment, and (7) Constructive Trust. (A true and correct copy of the Complaint (including the accompanying Summons, Civil Case Cover Sheet, and Addendum to Civil Case Cover Sheet pursuant to 28 U.S.C. § 1446(a)) is attached hereto as **EXHIBIT A**.)

2.     Defendant DANIEL LESIN, an individual, was personally served with a copy of the Complaint on January 15, 2021 at his home in New York.

3.     Defendant ALEXANDER LESIN, an individual, was personally served with a copy of the Complaint on January 15, 2021 at his home in New York.

4.     Defendant CORE NEXUS LLC has not been served with any documents related to this matter and there are no entries on the docket of the State Court Action indicating service has been made or attempted.

5.     Defendants are informed and believe, and on that basis allege, that none of the fictitiously named defendants have been served with a copy of the Summons and Complaint. Therefore, the fictitiously named defendants are not parties to this

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

NOTICE OF REMOVAL TO FEDERAL COURT

1  action and need not consent to removal. *See Fristoe v. Reynolds Metals Co.*, 615

2  F.2d 1209, 1213 (9th Cir. 1980); 28 U.S.C. § 1441(a).

## JURISDICTION AND VENUE

4      6.     As discussed below, this Court has original jurisdiction under 28 U.S.C.

5  § 1332(a) and the action may be removed pursuant to 28 U.S.C. § 1441(b) because it

6  is a civil action between citizens of different states and the matter in controversy

7  exceeds the sum of $75,000, exclusive of interest and costs.

8      7.     Venue is proper in the Central District of California under 28 U.S.C.

9  § 1441(a) because the district encompasses where the State Court Action was

10  commenced.

## DIVERSITY OF CITIZENSHIP

12     8.     Plaintiff alleges that it is a corporation organized and existing under the

13  laws of the State of California, with its principal place of business in Beverly Hills,

14  California. (Compl. ¶ 1.) For removal purposes, a corporation shall be deemed a

15  citizen of every State where it has been incorporated and where it has its principal

16  place of business. 28 USC § 1332(c)(1). Accordingly, Plaintiff is and was, at all

17  material times, a citizen of California.

18     9.     For diversity purposes, an individual is a citizen of the State in which

19  he is domiciled. *Kantor v. Wellesley Galleries, Ltd.*, 704 F.2d 1088, 1090 (9th Cir.

20  1983); *see also LeBlanc v. Cleveland*, 248 F.3d 95, 100 (2d Cir. 2001) (citizenship

21  determined at time lawsuit is filed). Defendant DANIEL LESIN is an individual

22  domiciled in New York, and accordingly, is a citizen of New York. (*See also* Compl.

23  ¶ 4 (alleging same).) Defendant ALEXANDER LESIN is an individual domiciled in

24  New York, and accordingly, is a citizen of New York. (*See also* Compl. ¶ 3 (alleging

25  same).)

26     10.    Defendant CORE NEXUS LLC is a limited liability company

27  established under the laws of the State of Montana. (*See also* Compl. ¶ 2.)

28  Defendant DANIEL LESIN, a citizen of New York, is its sole member. A limited

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

liability company is a citizen of every state of which its owners/members are citizens. *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). Accordingly, Defendant CORE NEXUS LLC is a citizen of Montana and New York.

11.   For purposes of removal, the citizenship of defendants sued under fictitious names should be disregarded, and citizenship of only named defendants should be considered. 28 U.S.C. § 1441(a). Does 1 through 20 are fictitious. (Compl. ¶ 5.) The Complaint does not state the identity or status of these fictitious defendants, nor does it state any specific allegation of wrongdoing against any fictitious defendants. (*Id.*) Pursuant to § 1441(a), the citizenship of these fictitious defendants cannot destroy the diversity of citizenship between the parties and should be disregarded. *Newcombe v. Adolf Coors Co.*, 157 F.3d 686, 690 (9th Cir. 1998).

12.   Based on the foregoing, Defendants are informed and believe that complete diversity of citizenship with Plaintiff existed at the time Plaintiff filed and served its Summons and Complaint in the State Court Action and continues to exist at the present time.

## AMOUNT IN CONTROVERSY

13.   Where removal is based on diversity of citizenship, jurisdiction exists only where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. 28 U.S.C. § 1332(a).

14.   Defendants deny the validity of Plaintiff's claims and deny that Plaintiff is entitled to any relief, however, the Complaint alleges an amount "in controversy" more than the jurisdictional requirement. Specifically, Plaintiff contends it suffered contract damages in the sum of $300,000. (Compl., Prayer ¶ 1.)

## REMOVAL IS TIMELY AND PROPER

15.   This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b), as it is filed within thirty days of service of the Complaint on Defendants on January 15, 2021.

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

NOTICE OF REMOVAL TO FEDERAL COURT

16.    As required by 28 U.S.C. § 1446(d), Defendants will serve written notice of this Notice of Removal to Plaintiff's counsel and will also file a Notice of Stay of Proceedings in the State Court Action. (A true and correct copy of the Notice of Stay of Proceedings is attached hereto as **EXHIBIT B**.)

17.    All Defendants, other than fictitiously named defendants, consent to and join in this Notice of Removal.

**CONCLUSION**

18.    Having fulfilled all requirements, Defendants hereby remove this action from the Superior Court of Los Angeles to this Court, the United States District Court for the Central District of California, and further request that this Court assume full jurisdiction over the matter as provided by law.

Dated:  February 16, 2021          **CALLAHAN & BLAINE, APLC**

By: _____
       Benjamin M. Cutchshaw
       *Attorneys for Defendants*

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM