**CALLAHAN & BLAINE, APLC**
Edward Susolik (Bar No. 91490)
ES@callahan-law.com
Benjamin Cutchshaw (Bar No. 263483)
bcutchshaw@callahan-law.com
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
Telephone: (714) 241-4444
Facsimile: (714) 241-4445

*Attorneys for Defendants*
CORE NEXUS LLC; ALEXANDER LESIN; and
DANIEL LESIN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAGANI BEVERLY HILLS,<br><br>            Plaintiff,<br><br>    v.<br><br>CORE NEXUS LLC; DANIEL LESIN; ALEXANDER LESIN; and DOES 1–20,<br><br>            Defendants. | Case No. _____<br><br>**DEFENDANTS' NOTICE OF INTERESTED PARTIES IN COMPLIANCE WITH LOCAL RULE 7.1-1** |

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE (714) 241-4444
WWW.CALLAHAN-LAW.COM

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**:

Pursuant to Rule 7.1-1 of this Court's Local Rules, the undersigned counsel of record for Defendants Core Nexus LLC, Daniel Lesin, and Alexander Lesin certifies that the following parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1.      Defendant Core Nexus LLC;

2.      Defendant Alexander Lesin; and

3.      Defendant Daniel Lesin.

Dated:  February 16, 2021          **CALLAHAN & BLAINE, APLC**

By: _____

Benjamin M. Cutchshaw
*Attorneys for Defendants*

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

— 2 —

NOTICE OF INTERESTED PARTIES PURSUANT TO L.R. 7.1-1