**CALLAHAN & BLAINE, APLC**
Edward Susolik (State Bar No. 151081)
Raphael Cung (State Bar No. 201829)
Joseph F. Klatt (State Bar No. 258110)
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
Telephone: (714) 241-4444
Facsimile: (714) 241-4445

Attorneys for Defendants CORE NEXUS LLC, DANIEL
LESIN, and ALEXANDER LESIN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAGANI BEVERLY HILLS, a California corporation.<br><br>                Plaintiff,<br><br>        v.<br><br>CORE NEXUS LLC, DANIEL LESIN, ALEXANDER LESIN, and DOES 1-20,<br><br>                Defendants | Case No.<br>2:21-cv-01384 RSWL (MRWx)<br><br>Hon. Ronald S.W. Lew<br><br>**STIPULATION FOR EXTENSION RE INITIAL DISCLOSURES**<br><br>Complaint Filed:   January 8, 2021<br>Case Removed:    February 16, 2021<br>No Trial Date |

**TO THE COURT AND ALL ATTORNEYS OF RECORD**:

    The parties Plaintiff PAGANI BEVERLY HILLS and the Defendants CORE NEXUS LLC, DANIEL LESIN, and ALEXANDER LESIN present the following Stipulation and Order for the Court.

    Pursuant to Federal Rule of Civil Procedure 26(A)(1)(C), the parties stipulate to a mutual and brief seven day extension to produce their initial disclosures on Monday May 17, 2021.

*CALLAHAN & BLAINE*
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE (714) 241-4444
WWW.CALLAHAN-LAW.COM

Dated:  May 10, 2021

**CALLAHAN & BLAINE, APLC**

By:  _/s/  Joseph F. Klatt_

Edward Susolik
Raphael Cung
Joseph F. Klatt
Attorneys for Defendants CORE NEXUS
LLC, DANIEL LESIN, and
ALEXANDER LESIN

Dated:  May 10, 2021

**YADEGARI & ASSOCIATES**
By:

_/s/ Michael Yadegari_

Michael Yadegari
Attorneys for Plaintiff PAGANI
BEVERLY HILLS

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

- 2 -