**CALLAHAN & BLAINE, APLC**
Edward Susolik (State Bar No. 151081)
Raphael Cung (State Bar No. 201829)
Joseph F. Klatt (State Bar No. 258110)
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
Telephone: (714) 241-4444
Facsimile: (714) 241-4445

Attorneys for Defendants CORE NEXUS LLC, DANIEL LESIN, and ALEXANDER LESIN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAGANI BEVERLY HILLS, a California corporation.<br><br>Plaintiff,<br><br>v.<br><br>CORE NEXUS LLC, DANIEL LESIN, ALEXANDER LESIN, and DOES 1-20,<br><br>Defendants | Case No. 2:21-cv-01384 RSWL (MRWx)<br><br>Hon. Ronald S.W. Lew<br><br>[~~PROPOSED~~] ORDER RE EXTENSION RE RULE 26 INITIAL DISCLOSURES<br><br>Complaint Filed: January 8, 2021<br>Case Removed: February 16, 2021<br>No Trial Date |

The Court, having read and considered the parties' Stipulation to Extend the deadline for Rule 26 Initial Disclosures, hereby Orders as follows:

The Initial Disclosures previously due May 10, 2021, are now due on May 17, 2021.

Dated: May 11, 2021

                                                  **/S/ RONALD S.W. LEW**
                                                    Hon. Ronald S. Lew