UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-1384 RSWL (MRWx) | Date | May 14, 2021 |
|---|---|---|---|
| Title | Pagani Beverly Hills v. Core Nexus LLC | | |

Present: The Honorable   Michael R. Wilner

| Veronica Piper | ZoomGov 5/14/2021 |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Michael Yadegari | Edward Susolik |

Proceedings:   **ORDER RE: STATUS CONFERENCE**

The Court conferred with the parties regarding the status of the case. The Court sets a further status on July 13, 2021 at 9:30 a.m.

_____ : 40
Initials of Preparer    vp