**CALLAHAN & BLAINE, APLC**
Edward Susolik (State Bar No. 151081)
Raphael Cung (State Bar No. 201829)
Joseph F. Klatt (State Bar No. 258110)
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
Telephone: (714) 241-4444
Facsimile: (714) 241-4445

Attorneys for Defendants CORE NEXUS LLC, DANIEL LESIN, and ALEXANDER LESIN

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAGANI BEVERLY HILLS, a California corporation.<br><br>Plaintiff,<br><br>v.<br><br>CORE NEXUS LLC, DANIEL LESIN, ALEXANDER LESIN, and DOES 1-20,<br><br>Defendants | Case No. 2:21-cv-01384 RSWL (MRWx)<br><br>Hon. Ronald S.W. Lew<br><br>**DEFENDANTS' CORE NEXUS LLC, DANIEL LESIN AND ALEXANDER LESIN'S RULE 26 INITIAL DISCLOSURES**<br><br>Complaint Filed: January 8, 2021<br>Case Removed: February 16, 2021<br>Trial Date: May 17, 2022 |

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

Defendants' Core Nexus LLC, Daniel Lesin and Alexander Lesin ("Defendants") hereby submit the following Initial Disclosure of Documents and Witnesses pursuant to Rule 26 of the Federal Rules of Civil Procedure. Should further discovery, independent investigation, research and analysis reveal additional documents, factual information and witnesses potentially subject to disclosure requirements, Defendants reserve the right to supplement, modify and amend this disclosure at a later date.

## I. WITNESSES

The following individuals are presently known to the Defendants and likely to have discoverable information to support the defenses and any counterclaims that may be advanced.

**A. Alexander Lesin**– c/o Callahan and Blaine, APLC, 3 Hutton Centre Drive, Ninth Floor, Santa Ana, California 92707, telephone number 1-714-241-4444.

Alexander Lesin is a named Defendant. He has no direct involvement in, or percipient knowledge of, the transaction at-issue in this case, and can testify as such. It is the Defendants' belief that he was only added as a party for leverage and as a source of recovery. He has general relevant knowledge relating to exotic cars.

**B. Daniel Lesin**– c/o Callahan and Blaine, APLC, 3 Hutton Centre Drive, Ninth Floor, Santa Ana, California 92707, telephone number 1-714-241-4444.

Daniel Lesin is the principal of Defendant Core Nexus, LLC. He has direct, percipient knowledge of the transaction at-issue in this case. He can testify as to the background, circumstances, and intentions of the transaction, as well as how it was performed and then breached by the Plaintiff.

**C. Vincent Gould**- c/o Plaintiff's counsel and Plaintiff Pagani Beverly Hills.

Vincent Gould is the principal of Pagani Beverly Hills. He can testify to the transaction at-issue. He can also testify to the harassing phone calls and other

communications levied against the Lesin family, as well as communications by him or agents of him to Ferrari-related car dealerships, which were intended to, and did, intentionally interfere with Defendants' exotic car dealings.

**D. "Person Most Knowledgeable" for Plaintiff Pagani Beverly Hills-** c/o Plaintiff's counsel and Plaintiff Pagani Beverly Hills.

This is expected to be Vincent Gould. See section C, *supra*.

**E. "Person Most Knowledgeable" for Defendant Core Nexus, LLC–** c/o Callahan and Blaine, APLC, 3 Hutton Centre Drive, Ninth Floor, Santa Ana, California 92707, telephone number 1-714-241-4444.

This is expected to be Daniel Lesin. See section B, *supra*.

## II. DOCUMENTS

Defendants disclose the following categories of non-privileged, discoverable documents, electronically-stored information, and tangible things may support their defenses and any counterclaims advanced. Unless otherwise indicated, these documents, electronically-stored information and tangible things may be obtained through Defendants' attorneys, Callahan and Blaine, APLC, 3 Hutton Centre Drive, Ninth Floor, Santa Ana, California 92707:

1. All contractual documents between the parties

2. All correspondence including ESI between the parties related to the transaction.

3. Phone records or logs showing Plaintiff's harassment of Defendants and interference with their business.

4. Financial documents supporting Plaintiff's claimed damages.

5. All communications with Ferrari or Ferrari-related dealerships related to this transaction.

## III. DAMAGES

Presently, Defendants do not have any damage claims against the Plaintiff, and have no information to disclose. Defendants reserve the rights to counterclaim

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

against the Plaintiff, and to the extent any damage information exists related to such a claim, it is protected work product.

**IV. INSURANCE**

Defendants are still ascertaining any applicable coverage.

**IV. RESERVATION OF RIGHTS**

Defendants reserve the right to amend or supplement these disclosures as provided by Federal Rules of Civil Procedure 26(e).

Dated: May 17, 2021

**CALLAHAN & BLAINE, APLC**

By: ______________________
Edward Susolik
Raphael Cung
Joseph F. Klatt
Attorneys for Defendants CORE NEXUS LLC, DANIEL LESIN, and ALEXANDER LESIN

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

# CERTIFICATE OF SERVICE

***Pagani Beverly Hills V. Core Nexus LLC, et al.***
**USDC Central District of California Case No. 2:21-Cv-01384 RSWL**

I am employed in the County of Orange, State of California. I am over the age of 18 years and am not a party to the within action; my business address is **3 Hutton Centre Drive, Ninth Floor, Santa Ana, California 92707**.

On May 17, 2021, I served the following document(s) described as

**DEFENDANTS' CORE NEXUS LLC, DANIEL LESIN AND ALEXANDER LESIN'S RULE 26 INITIAL DISCLOSURES**

on the interested parties in this action by placing: ☐ the original ☒ a true copy to the following e-mail addresses as follows:

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

Michael Yadegari yadegariesq@gmail.com

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on May 17, 2021, at Santa Ana, California.

Yvonne Jimenez

CALLAHAN & BLAINE
A PROFESSIONAL CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM