Michael Yadegari (SBN 286514)
YADEGARI & ASSOCIATES
287 South Robertson Blvd.
Beverly Hills, CA 90211
Telephone: (310) 779-9327

Attorneys for Plaintiff PAGANI BEVERLY HILLS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAGANI BEVERLY HILLS, a California corporation.<br><br>Plaintiff,<br><br>v.<br><br>CORE NEXUS LLC, DANIEL LESIN, ALEXANDER LESIN, and DOES 1-20,<br><br>Defendants | Case No.: 2:21-cv-01384 RSWL (MRWx)<br><br>Hon. Ronald S.W. Lew<br><br>PLAINTIFF'S PAGANI BEVERLY HILLS, RULE 26 INITIAL DISCLOSURES |

    Pursuant to Federal Rule of Civil Procedure 26(a)(1), Plaintiff hereby submits the following initial disclosures:

**PRELIMINARY STATEMENT**

    These responses are based upon information presently known by PLAINTIFF. PLAINTIFF anticipates that further discovery, investigation, legal research and analysis will supply additional factual conclusions and legal contentions. PLAINTIFF reserves the right to rely on such additional discovery, investigation, legal research and analysis, and to make such additions, changes, and

variations to these responses as warranted thereby. These responses are made in a good faith effort to supply as much information and specification as is presently known, but shall not prejudice PLAINTIFF's right to produce evidence obtained in further discovery, research, or analysis. PLAINTIFF's investigation and discovery concerning this case is continuing, and, if additional information is obtained after the date of these disclosures, PLAINTIFF will supplement these disclosures according to Rule 26(e) of the Federal Rules of Civil Procedure.

Referencing and expressly incorporating the above, PLAINTIFF hereby respond as follows:

## 1. PERSONS LIKELY TO HAVE DISCOVERABLE INFORMATION.

The name, address, and telephone number of each individual likely to have discoverable information that may support PLAINTIFF'S claims, and the information they possess regarding matters relevant to the issues raised in this litigation:

| Name of Individual Likely to have Discoverable Information | Contact Information (Address and Telephone Number) | Subject Matter of Discoverable Information |
|---|---|---|
| Vincent Golde | Can be contacted through counsel YADEGARI & ASSOCIATES 287 South Robertson Blvd. Beverly Hills, CA 90211 Telephone: (310) 779-9327 | Vincent Golde is the principal of Plaintiff PAGANI BEVERLY HILLS. He has direct, percipient knowledge of the transaction at-issue in this case. He can testify as to the background, circumstances, and intentions of the |

| | | |
|---|---|---|
| | | transaction, as well as how it was performed and then breached by the Defendants. |
| Alexander Lesin | c/o Callahan and Blaine, APLC, 3 Hutton Centre Drive, Ninth Floor, Santa Ana, California 92707, telephone number 1-714-241-4444. | Alexander Lesin is a member of Defendant Core Nexus, LLC. He has direct, percipient knowledge of the transaction at-issue in this case. He can testify as to the background, circumstances, and intentions of the transaction, as well as how it was performed and then breached by the Defendants .He can also testify as to his relation to the company and why there are multiple LLC with similar names in different states. |
| Daniel Lesin | c/o Callahan and Blaine, APLC, 3 Hutton Centre Drive, Ninth Floor, Santa Ana, California 92707, telephone number 1-714-241-4444. | Daniel Lesin is the principal of Defendant Core Nexus, LLC. He has direct, percipient knowledge of the transaction at-issue in this case. He can testify as to the background, circumstances, and intentions of the transaction, as well as how it was performed and then breached by the Defendants. He can also |

| | | |
|---|---|---|
| | | testify as to his relation to the company and why there are multiple LLC with similar names in different states. |
| Jason Claxton | Contact information unknown at this time. Will supplement | They can testify as to the background, circumstances of the ponzi scheme and fraud that the Defendants are performing. |
| Jason Pitack | Contact information unknown at this time. Will supplement | They can testify as to the background, circumstances of the ponzi scheme and fraud that the Defendants are performing. |
| Rick Intile/Putnam Leasing. | Contact information unknown at this time. Will supplement | They can testify as to the background, circumstances and that the some of the documents that the Defendants gave were fraudulent. |
| Austin Steelman FBI; | FBI Miramar, FL | They can testify as to the background, circumstances of the ponzi scheme and fraud that the Defendants are performing. |
| Cashin Zhang. | Contact information unknown at this time. Will | They can testify as to the background, |

| | supplement | circumstances and was the liaison broker between Defendants |
|---|---|---|
| Hershall Zercer | Contact information unknown at this time. Will supplement | They can testify as to the background, circumstances of the ponzi scheme and fraud that the Defendants are performing. |

## 2. DOCUMENTS AND THINGS. PURSUANT TO RULE 26 (A)(1) (B)

PLAINTIFF discloses the documents within the categories described below. In providing these specific categories, PLAINTIFF does not intend to state, and the listing should not be construed to mean, that PLAINTIFF has possession, custody, or control of documents in any such category that are not privileged, do not constitute work product, or are otherwise discoverable. Rather, the listings of the categories means that, to the extent PLAINTIFF has possession, custody, or control of discoverable documents that may be relevant to the claims that PLAINTIFF may assert in this action, PLAINTIFF believes that such documents are within one or more of the specified categories.

Certain documents within the categories identified below are confidential/proprietary. Any such documents, if otherwise discoverable, will be made available for inspection and copying only after and subject to entry of an appropriate order protecting PLAINTIFF confidential and proprietary information from unlawful, unjustified, or improper disclosure.

Copies or descriptions by category and location, of all documents or things defendant / counter-plaintiff have in their possession or control that may be used to support their claims:

| Category of Document, Electronically Stored Information, or Tangible Thing | Location of Document, Electronically Stored Information, or Tangible Thing |
|---|---|
| Any and all correspondence between parties | With Plaintiff's Attorney, Los Angeles, CA |
| Wire Receipt of the transfer of money | With Plaintiff's Attorney, Los Angeles, CA |
| Purchase Order Broker Henry Zhang | With Plaintiff's Attorney, Los Angeles, CA |
| Wire Instructions to deposit money | With Plaintiff's Attorney, Los Angeles, CA |
| Vehicle Allocation Intermediary Agreement | With Plaintiff's Attorney, Los Angeles, CA |
| Wide World Ferrari –Maserati Purchase Order | With Plaintiff's Attorney, Los Angeles, CA |

### 3. DAMAGES COMPUTATION

Plaintiff seeks $300,000 of damages for deposit made on the 2020 Ferrari Monza SP2. Plaintiff seeks lost profits of approximately $1,150,000 which is the difference between the purchase price of one million three hundred and fifty

thousand ($1,350,000).  Plaintiff is also entitled to Court costs, attorney fees and any other fees the Court deems appropriate.  Plaintiff reserves the right to revise these numbers upon further discovery.

DATED: May 17, 2021

        LAW OFFICES OF YADEGARI AND ASSOCIATES

        By /s/ *Michael M. Yadegari*
        MICHAEL M. YADEGARI, ESQ
        Attorney for Plaintiff

# CERTIFICATE OF SERVICE
*Pagani Beverly Hills V. Core Nexus LLC, et al.*
USDC Central District of California Case No. 2:21-Cv-01384 RSWL

I hereby certify that the following document(s):**JOINT RULE 26(F) REPORT** was served on this date to counsel of record:

[ ] **BY MAIL:** By placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address(es) listed below.
 **[ ] BY OVERNIGHT DELIVERY**

[ X ] **BY E-MAIL DELIVERY:** Based on an agreement of the parties to accept service by e-mail or electronic transmission, I sent the above document(s) to the person(s) at the e-mail address(es) listed below. I did not receive, within a reasonable amount of time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ X ] **BY ELECTRONIC TRANSMISSION:** I electronically filed the above document(s) with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send notification of this filing to the person(s) listed below.

CALLAHAN & BLAINE, APLC
Raphael D Cung  rcung@callahan-law.com, mmartinez@callahan-law.com
Edward Susolik es@callahan-law.com, esusolik@callahan-law.com, yjimenez@callahan-law.com
Joseph F Klatt  jklatt@callahan-law.com, yjimenez@callahan-law.com3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
Attorneys for Defendants CORE NEXUS LLC, DANIEL LESIN, and ALEXANDER LESIN

Executed on  May 17, 2021, at Los Angeles, California.

 s/ Michael Yadegari\_\_\_\_
 Michael Yadegari, Esq.