# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 21-1384 RSWL (MRWx) | Date | July 13, 2021 |
| Title | Pagani Beverly Hills v. Core Nexus LLC | | |

Present: The Honorable  Michael R. Wilner

| Veronica Piper | ZoomGov 7/13/2021 |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Michael Yadegari | Edward Susolik |

**Proceedings:**   **ORDER RE: STATUS CONFERENCE**

The Court conferred with the parties regarding settlement. The Court sets a further status conference on September 14, 2021 at 10:00 a.m.

_____ : __25__
Initials of Preparer    vp