# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 21-1384 RSWL (MRWx) | Date | September 14, 2021 |
| Title | Pagani Beverly Hills v. Core Nexus | | |

Present: The Honorable  Michael R. Wilner

| Veronica Piper | Not Recorded |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Michael Yadegari | Edward Susolik |

**Proceedings:**   **ORDER RE: STATUS CONFERENCE**

The Court conferred with the parties regarding the status of settlement. The Court sets a further status conference on January 18, 2022 at 10:30 a.m.

 : 25

Initials of Preparer  vp