# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 21-1384 RSWL (MRWx) | Date | January 18, 2022 |
| Title | Pagani Beverly Hills v. Core Nexus | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge | |
|---|---|---|
| | Veronica Piper | Not Recorded |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys for Plaintiff: | Attorneys for Defendant: |
| | Michael Yadegari | Edward Susolik |

**Proceedings:**      ORDER RE: SETTLEMENT CONFERENCE

The Court has held several video calls with the parties' lawyers regarding this civil action. The parties are encouraged to discuss potential resolution of the case. If the case is not resolved, the Court will conduct a settlement conference in this action on <u>Monday, March 14, 2022</u>, beginning at <u>9 a.m.</u> The parties will appear before the Hon. Michael R. Wilner via video conference.

The Court will provide the parties with information about the video platform in advance of the conference. As with <u>any other federal court appearance</u>, the parties should plan to log into the video call well in advance of the scheduled start time for the proceeding (see Tech Notes below).

   1.   <u>Who Must Attend</u> – By order of this Court, a representative of Plaintiff, a representative of Core Nexus, both individual defendants, and the lead trial lawyer for both sides must be personally present for the entire duration of the conference. Note that an insurance company that is required to approve any resolution must have a representative <u>with settlement authority</u> participate in the conference.

   2.   <u>Before the Conference</u> - The parties must attempt in good faith to resolve the case before the settlement conference. By or before <u>two weeks</u> in advance of the conference, the lawyers will meet in person or by telephone, video, e-mail, or traditional letter to reasonably discuss settlement of the matter. The parties must summarize all settlement efforts and proposals in their settlement conference letters (discussed below). Failure to participate in pre-conference negotiations is a basis for assessing sanctions on the lawyers. If the parties successfully resolve the case before the conference or determine that the conference should be postponed, counsel must immediately contact the courtroom deputy clerk.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-1384 RSWL (MRWx) | Date | January 18, 2022 |
|---|---|---|---|
| Title | Pagani Beverly Hills v. Core Nexus | | |

     3.    <u>Settlement Conference Letters</u> – By noon on March 9, each party will deliver to Judge Wilner's chambers (by e-mail sent to MRW_Chambers@cacd.uscourts.gov) a confidential settlement conference letter. The letter may not exceed three pages. Do not file or lodge the settlement conference letter with the Clerk's Office or electronically submit it to CM/ECF.

     The Court would appreciate a candid assessment of the factual and legal issues to be litigated at trial. I would also value any new settlement proposals or information about any recent developments relevant to the eventual adjudication of this matter. The letter may include key documents or other materials that a party considers central to an understanding of the case or to facilitate settlement discussions. Each party may, but is not required to, provide a copy of the letter to the opposing party.

     4.    <u>At the Settlement Conference</u> – We will begin with a group caucus to discuss the state of the action. Each side should be prepared to give a brief presentation to the Court regarding the case discussing the key witnesses and evidence to be presented at trial (akin to an opening statement, not a story-based closing argument).

     After that, the Court will meet privately with the lawyers and the parties in breakout rooms to discuss settlement proposals. The parties' statements made during all phases of the settlement conference (including the parties' letters to the judge) fall within the protections for compromise statements, including those contained in Federal Rules of Evidence 408 and 410 and Local Civil Rule 16-15. However, statements made to the judge during private sessions may be conveyed to other parties as part of the settlement conference unless the parties expressly request that certain information be treated confidentially.

     5.    <u>Conclusion of Conference</u> – If the parties reach a resolution of the case, the Court will summarize the key terms of the agreement on the record or will direct the parties to draft an appropriate memorandum. The Court encourages the lawyers to circulate a proposed settlement agreement in advance of the conference.

     By participating in the settlement conference, the parties understand and agree that Judge Wilner may continue to handle discovery motions and other pretrial proceedings in this action.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 21-1384 RSWL (MRWx) | Date | January 18, 2022 |
|---|---|---|---|
| Title | Pagani Beverly Hills v. Core Nexus | | |

    The lawyers are encouraged to review the terms of this Order and to discuss the settlement process with their clients in advance of the conference with the Court.

**FAILURE TO COMPLY IN FULL WITH THE BASIC REQUIREMENTS SET FORTH ABOVE (INCLUDING ARRIVING LATE TO THE SESSION) MAY RESULT IN THE IMPOSITION OF SANCTIONS AND THE PAYMENT OF FEES TO THE INCONVENIENCED PARTIES.**

Tech Notes

    1.    The Court uses Zoom as its preferred video platform. The Clerk will separately send the parties a link to access the hearing. The program works optimally if you download the Zoom app to your computer / phone / other device. You're encouraged to do this well in advance of the hearing. You also may be able to access the hearing via a web browser connection alone, although you may not have full functionality.

    2.    If a party prefers to appear by audio / telephone alone, please contact the Clerk in advance.

    3.    Reminder – the Local Rules of Court prohibit non-court personnel from recording or broadcasting these proceedings. L.R. 83-6 et seq.

: 20
Initials of Preparer: vp