**CALLAHAN & BLAINE, APLC**
Edward Susolik (State Bar No. 151081)
Raphael Cung (State Bar No. 201829)
Bryan C. Oberle (State Bar No. 312154)
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
Telephone: (714) 241-4444
Facsimile: (714) 241-4445

Attorneys for Defendants CORE NEXUS LLC, DANIEL LESIN, and ALEXANDER LESIN

Michael Yadegari (SBN 286514)
Law Office of Yadegari & Associates
287 South Robertson Blvd #221
Beverly Hills, CA 90211
Telephone: (310) 779-9327

Attorney for: PLAINTIFF
PAGANI BEVERLY HILLS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAGANI BEVERLY HILLS, a California corporation.<br><br>Plaintiff,<br><br>v.<br><br>CORE NEXUS LLC, DANIEL LESIN, ALEXANDER LESIN, and DOES 1-20,<br><br>Defendants | Case No. 2:21cv01384RSWL(MRWx)<br>Hon. Ronald S.W. Lew<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION TO CONTINUE TRIAL AND RELATED DATES**<br><br>Complaint Filed: January 8, 2021<br>Case Removed: February 16, 2021<br>Trial Date: May 17, 2022 |

The Parties have submitted a Joint Stipulation requesting that the presently set Trial be continued to July 26, 2022, at 9:00 a.m. and Trial Related dates.

Having considered the Joint Stipulation and with good cause shown, IT IS HEREBY ORDERED that:

The presently set Discovery Cut-off deadline shall be continued from February 23, 2021 to May 20, 2022 or to a later date convenient with the Court.

1     The presently set Expert Discovery Cut−off shall be continued from February 23, 2021 to May 20, 2022 or to a later date convenient with the Court.

    The presently set Final Pre−Trial Conference shall be continued from April 23, 2022 at 10:00 AM to July 12, 2022 at 10:00 a.m.

    The presently set Trial shall be continued to <u>July 26, 2022, at 9:00 a.m</u>.

    IT IS SO ORDERED.

Dated: <u>February 2, 2022</u>       */S/ RONALD S.W. LEW*
                                          Hon. Ronald S.W. Lew
                                          United States Magistrate Judge

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM