UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 21-1384 RSWL (MRWx) | Date | March 14, 2022 |
| Title | Pagani Beverly Hills v. Core Nexus LLC | | |

Present: The Honorable  Michael R. Wilner

| Veronica Piper | Not Recorded |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Michael Yadegari | Edward Susolik |

**Proceedings:** **ORDER RE: SETTLEMENT CONFERENCE**

    The Court conducted a settlement conference today. The Court sets a further settlement conference on March 31, 2022, at 9:00 a.m. The parties may supplement settlement briefs by e-mail in advance of the hearing if needed.

2 : 00

Initials of Preparer     vp