UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-1384 RSWL (MRWx) | Date | March 31, 2022 |
|---|---|---|---|
| Title | Pagani Beverly Hills v. Core Nexus LLC | | |

| Present: The Honorable | Michael R. Wilner |
|---|---|

| Veronica Piper | OneNote 3/31/2022 |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Michael Yadegari | Edward Susolik |

Proceedings:     **ORDER RE: SETTLEMENT CONFERENCE**

   The Court conducted a settlement conference with the parties today. The parties reached an agreement on settlement. Counsel to submit a notice of settlement by April 7, 2022.

|  | : | 20 |
|---|---|---|
| Initials of Preparer | vp | |