**CALLAHAN & BLAINE, APLC**
Edward Susolik (State Bar No. 151081)
ES@callahan-law.com
Bryan C. Oberle (CA Bar No. 312154)
boberle@callahan-law.com
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
Telephone: (714) 241-4444
Facsimile: (714) 241-4445

Attorneys for Defendants CORE NEXUS LLC, DANIEL LESIN, and ALEXANDER LESIN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAGANI BEVERLY HILLS, a California corporation.<br><br>Plaintiff,<br><br>v.<br><br>CORE NEXUS LLC, DANIEL LESIN, ALEXANDER LESIN, and DOES 1-20,<br><br>Defendants | Case No. 2:21-cv-01384 RSWL (MRWx)<br><br>Hon. Ronald S.W. Lew<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE**<br><br>Complaint Filed: January 8, 2021<br>Case Removed: February 16, 2021<br>Trial Date: May 17, 2022 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**

The parties are pleased to report that the above-referenced matter has been settled in all respects, including each of the causes of action alleged in the Complaint filed by Plaintiff PAGANI BEVERLY HILLS ("Plaintiff") against Defendants CORE NEXUS LLC, DANIEL LESIN, and ALEXANDER LESIN (collectively, "Defendants.").

1   The parties have prepared and signed a written settlement agreement, and
2  settlement payments are being processed and will be sent timely. Shortly thereafter,
3  Plaintiff shall file a request for dismissal of this litigation with prejudice.

Dated: April 13, 2022

**CALLAHAN & BLAINE, APLC**

By: *[signature: Bryan Oberle]*
Edward Susolik
Brian C. Oberle
Attorneys for Defendants CORE NEXUS LLC, DANIEL LESIN, and ALEXANDER LESIN

# CERTIFICATE OF SERVICE

*Pagani Beverly Hills V. Core Nexus LLC, et al.*
**USDC Central District of California Case No. 2:21-Cv-01384 RSWL**

I am employed in the County of Orange, State of California. I am over the age of 18 years and am not a party to the within action; my business address is **3 Hutton Centre Drive, Ninth Floor, Santa Ana, California 92707**.

On April 13, 2022, I served the following document(s) described as

**NOTICE OF SETTLEMENT OF ENTIRE CASE**

on the interested parties in this action by placing: ☐ the original ☒ a true copy to the following e-mail addresses as follows:

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

Michael Yadegari     **yadegariesq@gmail.com**

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on April 13, 2022, at Santa Ana, California.



Maria Martinez