1  **CALLAHAN & BLAINE, APLC**
2  Edward Susolik (State Bar No. 151081)
   ES@callahan-law.com
3  Bryan C. Oberle (CA Bar No. 312154)
   boberle@callahan-law.com
4  3 Hutton Centre Drive, Ninth Floor
   Santa Ana, California 92707
5  Telephone: (714) 241-4444
   Facsimile: (714) 241-4445

6  Attorneys for Defendants CORE NEXUS LLC, DANIEL
   LESIN, and ALEXANDER LESIN

8  **MICHAEL YADEGARI, ESQ.**
   Michael Yadegari (State Bar No. 286514)
9  287 South Robertson Blvd., Suite 221
   Beverly Hills, CA 90211
10 Telephone: (310) 779-9327
   Email: yadegariesq@gmail.com

   Attorney for Plaintiff PAGANI BEVERLY HILLS

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAGANI BEVERLY HILLS, a California corporation.<br><br>Plaintiff,<br><br>v.<br><br>CORE NEXUS LLC, DANIEL LESIN, ALEXANDER LESIN, and DOES 1-20,<br><br>Defendants | Case No. 2:21-cv-01384 RSWL (MRWx)<br><br>Hon. Ronald S.W. Lew<br><br>**JOINT APPLICATION AND STIPULATION RE DISMISSAL OF DEFENDANTS CORE NEXUS LLC, DANIEL LESIN, AND ALEXANDER LESIN; [PROPOSED] DISMISSAL**<br><br>Complaint Filed: January 8, 2021<br>Case Removed: February 16, 2021<br>Trial Date: May 17, 2022 |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff PAGANI BEVERLY HILLS and Defendants CORE NEXUS LLC, DANIEL LESIN, and ALEXANDER LESIN, hereby apply for and stipulate to issuance of an order of dismissal pursuant to the terms of these parties' settlement agreement; each party hereto to bear its own costs.

Dated: May 19, 2022

**MICHAEL YADEGARI, ESQ.**

By: _____
Michael Yadegari
Attorneys for Plaintiff PAGANI BEVERLY HILLS

Dated: May 19, 2022

**CALLAHAN & BLAINE, APLC**

By: _____
Edward Susolik
Bryan C. Oberle
Attorneys for Defendants CORE NEXUS LLC, DANIEL LESIN, and ALEXANDER LESIN

# CERTIFICATE OF SERVICE

### *Pagani Beverly Hills V. Core Nexus LLC, et al.*
### USDC Central District of California Case No. 2:21-Cv-01384 RSWL

I am employed in the County of Orange, State of California. I am over the age of 18 years and am not a party to the within action; my business address is **3 Hutton Centre Drive, Ninth Floor, Santa Ana, California 92707**.

On May 25, 2022, I served the following document(s) described as **JOINT APPLICATION AND STIPULATION RE DISMISSAL OF DEFENDANTS CORE NEXUS LLC, DANIEL LESIN, AND ALEXANDER LESIN; [PROPOSED] DISMISSAL**

on the interested parties in this action by placing: ☐ the original ☒ a true copy to the following e-mail addresses as follows:

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

Michael Yadegari    yadegariesq@gmail.com

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on May 25, 2022, at Santa Ana, California.



Maria Martinez

Certificate of Service