CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
WWW.CALLAHAN-LAW.COM
TEL: (714) 241-4444

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAGANI BEVERLY HILLS, a California corporation. | Case No. 2:21-cv-01384 RSWL (MRWx) |
| Plaintiff, | Hon. Ronald S.W. Lew |
| v. | |
| CORE NEXUS LLC, DANIEL LESIN, ALEXANDER LESIN, and DOES 1-20, | **[PROPOSED] ORDER GRANTING JOINT APPLICATION AND STIPULATION RE: DISMISSAL OF DEFENDANTS CORE NEXUS LLC, DANIEL LESIN, AND ALEXANDER LESIN** |
| Defendants | |
| | Complaint Filed: January 8, 2021<br>Case Removed: February 16, 2021<br>Trial Date: May 17, 2022 |

Having considered the joint application and stipulation of Plaintiff PAGANI BEVERLY HILLS and Defendants CORE NEXUS LLC, DANIEL LESIN, and ALEXANDER LESIN, and good cause therefor,

**IT IS HEREBY ORDERED**:

1. This action as to Defendants CORE NEXUS LLC, DANIEL LESIN, and ALEXANDER LESIN is dismissed with prejudice; and
2. Each of these parties shall bear its own costs.

**IT IS SO ORDERED.**

Dated:_____         Hon. Ronald S.W. Lew

# CERTIFICATE OF SERVICE

*Pagani Beverly Hills V. Core Nexus LLC, et al.*
**USDC Central District of California Case No. 2:21-Cv-01384 RSWL**

I am employed in the County of Orange, State of California. I am over the age of 18 years and am not a party to the within action; my business address is **3 Hutton Centre Drive, Ninth Floor, Santa Ana, California 92707**.

On May 25, 2022, I served the following document(s) described as **[PROPOSED] ORDER GRANTING JOINT APPLICATION AND STIPULATION RE: DISMISSAL OF DEFENDANTS CORE NEXUS LLC, DANIEL LESIN, AND ALEXANDER LESIN** on the interested parties in this action by placing: ☐ the original ☒ a true copy to the following e-mail addresses as follows:

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

Michael Yadegari     yadegariesq@gmail.com

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on May 25, 2022, at Santa Ana, California.



Maria Martinez

Certificate of Service