JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAGANI BEVERLY HILLS, a California corporation.<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CORE NEXUS LLC, DANIEL LESIN, ALEXANDER LESIN, and DOES 1-20,<br><br>　　　　　Defendants | Case No. 2:21cv01384RSWL(MRWx)<br>Hon. Ronald S.W. Lew<br><br>**ORDER GRANTING JOINT APPLICATION AND STIPULATION RE: DISMISSAL OF DEFENDANTS CORE NEXUS LLC, DANIEL LESIN, AND ALEXANDER LESIN**<br><br>Complaint Filed: January 8, 2021<br>Case Removed: February 16, 2021<br>Trial Date: May 17, 2022 |

Having considered the joint application and stipulation of Plaintiff PAGANI BEVERLY HILLS and Defendants CORE NEXUS LLC, DANIEL LESIN, and ALEXANDER LESIN, and good cause therefor,

**IT IS HEREBY ORDERED**:

1. This action as to Defendants CORE NEXUS LLC, DANIEL LESIN, and ALEXANDER LESIN is dismissed with prejudice; and
2. Each of these parties shall bear its own costs.

**IT IS SO ORDERED.**

Dated: May 25, 2022　　　　　　　　　　　　　*/S/ RONALD S.W. LEW*
　　　　　　　　　　　　　　　　　　　　　　　Hon. Ronald S.W. Lew